ROGER S. SHAFER, ESQ.
2755 East Florence Av8nue
Huntington Park, California 90255

Bar #48654

(323) 587-6278

Attorney for Defendant
ABEL HERIBERTO FABIAN-BALTAZAR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ABEL HERIBERTO FABIAN-BALTAZAR,<br><br>　　　　　　Defendant. | CASE NO. 1:13-CR-00032 AWI<br><br>STIPULATION and ORDER CONTINUING STATUS CONFERENCE TO A CHANGE OF PLEA HEARING |

　　　IT IS HEREBY STIPULATED by and between the parties that the Status Conference set on August 12, 2013 at 1:00 P.M. before Judge McAuliffe in the above-entitled matter be continued to September 23, 2013 at 10:00 A.M. for Change of Plea Hearing before Judge Ishii.

　　　For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of August 12, 2013 to September 23, 2013, inclusive, should be excluded pursuant to 18 U.S.C.　3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii) and (h)(7)(B)(iv).

　　　Pursuant to 18 USC 3161, the ends of justice are served by granting an exclusion of time, outweighing the best interests

-1-

of the public and the defendant in a speedy trial.

DATED: August 8, 2013

_____  _____
MELANIE ALSWORTH                 ROGER S. SHAFER
Assistant United States          Attorney for Defendant
Attorney                         ABEL HERIBERTO FABIAN-BALTAZAR

-2-

```
 1  ROGER S. SHAFER, ESQ.
    2755 East Florence Avenue
 2  Huntington Park, California 90255

 3  Bar #48654

 4  (323) 587-6278

 5  Attorney for Defendant
    ABEL HERIBERTO FABIAN-BALTAZAR
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      CASE NO. 1:13-CR-00032 AWI

12                  Plaintiff,     ORDER CONTINUING STATUS
                                   CONFERENCE TO A CHANGE OF
13  v.                             PLEA HEARING

14  ABEL HERIBERTO FABIAF-BALTAZAR,

15                  Defendant.

16  ─────────────────────────────

17       GOOD CAUSE APPf:ARING, IT IS HEREBY ORDERED that the

18  Status Conference set on August 12, 2013 at 1:00 P.M. before

19  Judge McAuliffe in the above-entitled matter shall be continued

20  to September 23, 2013 at 10:00 A.M. for Change of Plea Hearing

21  before Judge Ishii.

22       Pursuant to 18 USC 3161, the ends of justice are served

23  by granting an exclusion of time, outweighing the best interests

24  of the public and the defendant in a speedy trial.

25

26  DATED:  8/9/2013                /s/ Barbara A. McAuliffe
27                                  U.S. MAGISTRATE JUDGE

28
```